| | | |
|---|---|---|
| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)*<br>CR98-00052-001 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)*<br>CR05-00476 GW |

**ORIGINAL**

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT<br>Guam | DIVISION |
|---|---|---|
| **NABALTA, Albert Ogo**<br>c/o USPO Nicole Fairchild<br>Northern District of California<br>1301 Clay Street, Suite 220S<br>Oakland, California 94612-5206 | NAME OF SENTENCING JUDGE<br>Alex R. Munson, Chief Judge | |
| | DATES OF SUPERVISED | FROM<br>Aug. 6, 2004 | TO<br>Aug. 5, 2009 |

OFFENSE

**CONSPIRACY TO IMPORT METHAMPHETAMINE, in violation of 21 U.S.C. § 952(a), 960 and 963.**

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___N/A___ DISTRICT OF ___GUAM___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **Northern District of California** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_7/19/05_  _____
Date             ROBERT M. TAKASUGI*
                       United Sates District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR ___Northern___ DISTRICT OF ___California___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

RECEIVED JUL 1 2 2005 DISTRICT COURT OF GUAM HAGATNA, GUAM

_JUL 2? 2005_  _____
Effective Date       United States District Judge

RECEIVED JUL 2 7 2005 U.S. PROBATION NORTHERN D. OAKLAND

*The Honorable Robert M. Takasugi, United States District Judge for the Central District of California, sitting by designation.